AO 442 (Rev. 11/11) Arrest Warrant

SEALED

RECEIVED ✓
FILED
LODGED
COPY

JUL 20 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Israel Mark Matson

_____
Defendant

23-04164-MJ-01-PCT-CDB

Case: 1:23-mj-00170
Assigned to: Judge Meriweather, Robin M.
Assign Date: 7/17/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Israel Mark Matson**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so,
40 U.S.C. § 5104(e)(2)(D) - utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress,
40 U.S.C. § 5104(e)(2)(G) - parade, demonstrate, or picket in any of the Capitol Buildings.

Date: 07/17/2023

2023.07.17
11:13:13 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge

---

**Return**

This warrant was received on *(date)* 7/17/2023, and the person was arrested on *(date)* 7/20/2023
at *(city and state)* Flagstaff, AZ

Date: 7/20/2023

*Arresting officer's signature*

Trevor Culbert / Special Agent FBI
*Printed name and title*