UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | Case No. 23-MJ-00170-RMM |
| ) | |
| **ISRAEL MARK MATSON** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant ISRAEL MARK MATSON

Dated: July 23, 2023          Respectfully Submitted,

                                          /s/ William L. Shipley
                                          William L. Shipley, Jr., Esq.
                                          PO BOX 745
                                          Kailua, Hawaii 96734
                                          Tel: (808) 228-1341
                                          Email: 808Shipleylaw@gmail.com

                                          *Attorney for Defendant*